IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND


JENNIFER L. HOLLOMAN et al.    :
                               :
v.                             :    Civil No. WMN-06-1097
                               :
K-MART CORP., INC. et al.      :


                          **MEMORANDUM**

     This action arises out of a house fire that occurred on January 1, 2002.  Plaintiffs Jennifer and Allan Holloman allege that the fire which destroyed their home was caused by a defect in a lamp that they had recently purchased from Defendant K-Mart Corp., Inc. (K-Mart).  The lamp was manufactured by Martha Stewart Living Omnimedia, Inc. (MSL), or by some other manufacturer licensed to do so by MSL.  The lamp also bore the mark of Underwriters Laboratories, Inc. (UL), indicating that the lamp was tested by UL and certified as safe.  Plaintiff Ohio Casualty Group had issued an insurance policy on the Hollomans' home prior to the time of the fire and subsequently paid claim benefits to the Hollomans under that policy.

     On January 3, 2005, Plaintiff filed suit in the Circuit Court for Baltimore City naming as defendants: K-Mart, MSL, UL, and an "Unknown Manufacturer."  Plaintiffs, however, did not attempt to serve K-Mart, MSL, or UL until March 31, 2006.  On April 28, 2006, Defendant K-Mart filed a motion to dismiss, arguing that the claim against it was discharged through the bankruptcy proceedings initiated by K-mart on January 22, 2002. On May 1, 2006, Defendant MSL filed a motion to quash service and to dismiss, arguing that Plaintiffs' attempted service of MSL

through the Maryland Secretary of State was ineffective.  On that same date, Defendant UL removed the action to this Court and, shortly thereafter, filed a motion to dismiss on the ground that Plaintiff failed to effect service within the requirements of Rule 2-507 of the Maryland Rules of Civil Procedure.  Plaintiffs have not opposed any of these motions, and the time for having done so has passed.[1]

For the reasons given in the defendants' motions and pursuant to the authorities cited therein, and in the absence of any opposition from Plaintiffs, the Court will grant each motion. A separate order will issue.

```
                              _____/s/_____
                              William M. Nickerson
                              Senior United States District Judge
```

DATED: August 1, 2006

---

[1] The fourth defendant, "Unknown Manufacturer," remains unidentified.